IN THE UNITED STATES
DISTRICT COURT FOR THE
NORTHERN DISTRICT OF
ILLINOIS EASTERN DIVISION

| | | |
|---|---|---|
| GRUPO ALERLIT S.A. de C.V., | ) | |
| | ) | Case No.: 26-cv-11379 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | JURY DEMANDED |
| | ) | |
| PERMIX AMERICAS, INC., PERMIX NORTH AMERICA, LLC, PERMIX ISRAEL/PERMIX GLOBAL, PERMIX TEC. CO. LTD, JOHN PAUL, individually, and ARYEH SRUGO, individually, | ) | |
| Defendants. | | |

**JOINT STIPULATION FOR AN EXTENSION OF TIME FOR DEFENDANTS, PERMIX AMERICAS, INC., PERMIX NORTH AMERICA, LLC ("PerMix N.A.") and JOHN PAUL TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**

GRUPO ALERLIT S.A. de C.V.,("Plaintiff"), and Defendants PERMIX AMERICAS, INC. ("PerMix Americas"), PERMIX NORTH AMERICA, LLC ("PerMix N.A.") and JOHN PAUL ("Paul"), individually (collectively re3ferred to as "Defendants") and, collectively with Plaintiff the ("Parties"), by and through their undersigned counsel, hereby file this Joint Stipulation For An Extension Of Time For Defendants, PerMix Americas, PerMix N.A. and Paul To Answer Or Otherwise Respond To Plaintiff's Complaint ("Stipulation"). In support of this Stipulation, the above referenced Parties state as follows:

1. Plaintiff filed its Complaint ("Complaint") in the United Stated District Court for the Northern District of Illinois, Eastern Division.

2. Pursuant to rule Defendants were to file their answer or other responsive pleading by October 22, 2026.

3. As a result of discussions between the Parties, they have agreed to stipulate that Defendants could have an extension of time up to and including November 20, 2026 to answer or otherwise respond to Plaintiff's Complaint.

THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel, contingent on approval of this Court, that the above referenced Defendants shall have up to and including November 20, 2026 to answer or otherwise respond to Plaintiffs' Complaint.

Date: October 30, 2026

Respectfully submitted,

Attorneys for Plaintiffs

By: /s/ David G. Wix

David G. Wix
Tarpey Wix, LLC
225 W. Wacker Dr., STE 1515
Chicago, IL 60606
dwix@tarpeywix.com
312.948.9090

Attorneys for Referenced Defendants

By: /s/ John M. Drews

John M. Drews
Drews & Associates P.C.
700 Commerce Dr – STE 500
Oak Brook, IL 60523
jdrews@drewslawfirm.com
630.954.2875